UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| In Re: | Chapter 13 |
| --- | --- |
| Richard Wyatt, Debtor | Bankruptcy No. 20-01216<br><br>MOTION TO MODIFY<br>PLAN POST-CONFIRMATION |

COMES NOW the above-named Debtor and for his Motion to Modify Plan Post-Confirmation states as follows:

1. The confirmed plan currently on file calls for the Debtor to make payments as follows:

    a. $1,131.00 each month for the remainder of the plan.

2. The confirmed plan currently on file calls for the Debtors to turn over to the Trustee for administration any realized tax refunds during the term of the chapter 13 plan.

3. Due to a change in jobs, the Debtor has recently been unable to timely make his chapter 13 plan payments.

4. The debt has made his most recent chapter 13 plan payment and intends to continue to do so.

5. The Debtor proposes modifying the plan to allow the Debtor to pay a minimum of $375 each month in addition to his regular monthly payment for a total of $1506.00 until such time as the arrearages are paid in full beginning in May of 2021 (approximately 11 -12 months). Once all arrears are paid in full, the Debtor's monthly payment will revert to $1,311.00 each month for the remainder of the plan.

6. All other provisions of the Plan shall remain as confirmed and not be modified.

WHEREFORE, the Debtor prays the Court approve her proposed Modified Chapter 13 Plan.

/s/ Samuel Z. Marks
Samuel Z. Marks IS9998821
4225 University Avenue
Des Moines, Iowa 50311
(515) 276-7211
FAX (515) 276-6280
ATTORNEY FOR DEBTOR

# United States Bankruptcy Court
## Southern District of Iowa

In re **Richard S Wyatt**  Case No. **20-01216**
Debtor(s)  Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **April 26, 2021**, a copy of **Motion to Modify Plan Post Confirmation** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

- Acceptance Now
- Acima Credit
- American Credit Acceptance
- AMERICAN CREDIT ACCEPTANCE
- Caine & Weiner
- Chase Auto Finance
- Credence Resource Management, LLC
- Credit One Bank
- Department of Education/Nelnet
- Easy Pay/Duvera Collections
- Enhanced Recovery Corp
- First Premier Bank
- First Premier Bank
- Freedom Mortgage Corporation
- GSB
- I.Q. Data International
- Key 2 Recovery
- Lee University
- Nelnet Student Loans
- Quantum3 Group LLC as agent for Aqua Fin
- Stacie Ingle
- Stephanie L. Hinz
- Total Visa/The Bank of Missouri
- Tri-State Adjustments
- U.S. Department of Education
- U.S. Department of Education
- U.S. Department of Education
- U.S. Department of Education
- U.S. Department of Education
- U.S. Department of Education
- U.S. Department of Education
- U.S. Department of Education
- U.S. Department of Education
- Verizon
- Waypoint Resource Group

/s/ Samuel Z. Marks
**Samuel Z. Marks**
**Marks Law Firm, P.C.**
**4225 University Ave.**
**Des Moines, IA 50311**
**(515) 276-7211 Fax:(515) 276-6280**
**Office@markslawdm.com**

/s/ Samuel Z. Marks
**Samuel Z. Marks**
**Marks Law Firm, P.C.**
**4225 University Ave.**
**Des Moines, IA 50311**
**(515) 276-7211 Fax:(515) 276-6280**
**Office@markslawdm.com**