UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| In Re: | Chapter 13 |
|---|---|
| Richard Wyatt, Debtor | Bankruptcy No. 20-01216<br><br>MOTION TO MODIFY<br>PLAN POST-CONFIRMATION |

COMES NOW the above-named Debtor and for his Motion to Modify Plan Post-Confirmation states as follows:

1. The confirmed plan currently on file calls for the Debtor to make payments as follows:

    a. $1,131.00 each month for the remainder of the plan.

2. The confirmed plan currently on file calls for the Debtors to turn over to the Trustee for administration any realized tax refunds during the term of the chapter 13 plan.

3. The Debtor owes $78 for 2021 federal tax and received $788 for his 2021 state tax refund.

4. The Debtor proposes modifying the plan to allow the Debtor to pay a minimum of $296 each month in addition to his regular monthly payment for a total of $1,427.00 until such time as the arrearages are paid in full beginning in June of 2022 (10 months). Once all arrears are paid in full, the Debtor's monthly payment will revert to $1,131.00 each month for the remainder of the plan.

5. The Debtor further proposes retaining his 2021 state tax refund to be used on maintenance for his car and uncovered medical expenses related to COVID 19.

6. All other provisions of the Plan shall remain as confirmed and not be modified.

WHEREFORE, the Debtor prays the Court approve her proposed Modified Chapter 13 Plan.

/s/ Samuel Z. Marks
Samuel Z. Marks IS9998821
4225 University Avenue
Des Moines, Iowa 50311
(515) 276-7211
FAX (515) 276-6280
ATTORNEY FOR DEBTOR

# CERTIFICATE OF SERVICE

I hereby certify that on **June 17, 2022**, a copy of **Motion to Modify Plan Post-Confirmation** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

| |
|---|
| **Acceptance Now** |
| **Acima Credit** |
| **American Credit Acceptance** |
| **AMERICAN CREDIT ACCEPTANCE** |
| **Caine & Weiner** |
| **Chase Auto Finance** |
| **Credence Resource Management, LLC** |
| **Credit One Bank** |
| **Department of Education/Nelnet** |
| **Easy Pay/Duvera Collections** |
| **Enhanced Recovery Corp** |
| **First Premier Bank** |
| **First Premier Bank** |
| **Freedom Mortgage Corporation** |
| **GSB** |
| **I.Q. Data International** |
| **Key 2 Recovery** |
| **Lee University** |
| **Nelnet Student Loans** |
| **Quantum3 Group LLC as agent for Aqua Fin** |
| **Stacie Ingle** |
| **Stephanie L. Hinz** |
| **Total Visa/The Bank of Missouri** |
| **Tri-State Adjustments** |
| **U.S. Department of Education** |
| **U.S. Department of Education** |
| **U.S. Department of Education** |
| **U.S. Department of Education** |
| **U.S. Department of Education** |
| **U.S. Department of Education** |
| **U.S. Department of Education** |
| **U.S. Department of Education** |
| **U.S. Department of Education** |
| **Verizon** |
| **Waypoint Resource Group** |

**/s/ Samuel Z. Marks**
**Samuel Z. Marks**
**Marks Law Firm, P.C.**
**4225 University Ave.**
**Des Moines, IA 50311**
**(515) 276-7211 Fax:(515) 276-6280**
**Office@markslawdm.com**